# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA SANDOVAL,<br><br>    Plaintiff<br><br>v.<br><br>WALMART STORES INC.,<br><br>    Defendant | Case No.: 2:22-cv-01136-APG-DJA<br><br>**Order Remanding Case** |

Defendant Walmart Stores Inc. removed this action based on diversity jurisdiction. ECF No. 1. Because Walmart offered insufficient evidence to support the court's exercise of jurisdiction, I ordered Walmart to show cause why the action should not be remanded. ECF No. 4. I advised Walmart that failure to show cause by August 9, 2022 would result in remand. *Id.* at 3. Walmart did not respond.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 11th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE